UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RATTLESNAKE SECURITY, LLC,**          CASE NO.: 6:24-cv-1221

    **Plaintiff,**

v.

**WILSHIRE INSURANCE COMPANY,**

    **Defendant.**

_____/

### COMPLAINT FOR DECLARATORY RELIEF

Plaintiff, RATTLESNAKE SECURITY, LLC, hereby sues Defendant, WILSHIRE INSURANCE COMPANY, and alleges:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction because this is an action for damages which exceed Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, attorneys' fees and costs.

2. Plaintiff, RATTLESNAKE SECURITY, LLC ("RATTLESNAKE"), is a Florida Limited Liability Company licensed under the laws of the State of Florida and headquartered at 5448 Hoffner Avenue, Suite 108, Orlando, Florida 32812.

3. Defendant, WILSHIRE INSURANCE COMPANY ("WILSHIRE"), is incorporated under the laws of the State of North Carolina and is headquartered in Raleigh, North Carolina.

1

4. This Court has personal jurisdiction over Defendant, WILSHIRE, under section 48.193(1)(a)(1) and/or (7), Florida Statutes (2015), because this cause of action arises from WILSHIRE's operating, conducting, engaging in, or carrying on a business in Florida, and/or breaching a contract it had with Plaintiff in Florida by failing to perform acts required by the contract to be performed in Osceola County, Florida.

## THE UNDERLYING CLAIM

5. In August of 2019, pursuant to the contract, RATTLESNAKE provided on site security services for Venetian Bay Villages, a resort-style neighborhood located in Kissimmee, Osceola County, Florida.

6. During that time, Kirk Anthony Douglas was employed by RATTLESNAKE as a security guard.

7. During the early morning hours of August 6, 2019, Mr. Douglas was working security on the property. His shift was scheduled from 11:00 p.m. on August 5, 2019, to 7:00 a.m. on August 6, 2019.

8. While on duty, Mr. Douglas was wearing his security guard uniform including black pants and a black shirt with a badge and name plate on his chest.

9. In the early morning hours of August 6, 2019, Toini Shitaleni was sitting outside of a unit at the Venetian Bay Villages where she lived. Ms. Shitaleni was significantly intoxicated after a night of drinking.

10. At that time, Mr. Douglas, acting within the course and scope of his employment with RATTLESNAKE, approached Ms. Shitaleni to check on her.

2

11. Mr. Douglas provided Ms. Shitaleni with a security escort by walking her to her room.

12. Once Mr. Douglas and Ms. Shitaleni entered her unit, Mr. Douglas sexually assaulted and battered Ms. Shitaleni without her consent.

13. Given Ms. Shitaleni's condition, she was unable to consent to any sexual activity, and never offered any such consent.

14. Mr. Douglas was arrested and charged with sexual battery.

15. On February 24, 2023, Ms. Shitaleni filed a complaint in Osceola County, Florida, styled *Toini Shitaleni vs. Rattlesnake Security, LLC,* Case No.: 2023-CA-000464, seeking damages against Rattlesnake ("the underlying lawsuit").

## INSURANCE COVERAGE

16. On August 6, 2019, RATTLESNAKE was insured under a commercial general liability insurance policy, No. CL00961285 issued by WILSHIRE providing liability coverage in the amount of $1,000,000 per occurrence ("the Policy"). The Policy is attached as Exhibit "A".

17. The Policy was in full force and effect at the time of the August 6, 2019, incident.

18. Both RATTLESNAKE and Venetian Bay Villages were put on notice of Ms. Shitaleni's claim.

19. Venetian Bay Villages contacted its own carrier, Westfield Insurance, which requested WILSHIRE provide it with indemnification for the incident pursuant to the security contract between Venetian Bay Villages and

RATTLESNAKE.

20. On February 6, 2020, WILSHIRE (through Conifer Insurance Company which handles WILSHIRE's claims), responded to Westfield's request by sending letters to both Westfield and RATTLESNAKE taking the position that there was no insurance coverage for this incident for several reasons including the Abuse and Molestation Exclusion within the Policy and arguing that Mr. Douglas was not within the course and scope of his employment at the time of the assault. *See* Exhibit "B".

21. Pertinent here, the February 6, 2020, coverage denial letter ignores the Assault and Battery Coverage endorsement included within the Policy which directly addresses and provides coverage for the incident that occurred on August 6, 2019 involving Ms. Shitaleni.

22. The Assault and Battery Coverage endorsement provides:

**ASSAULT AND BATTERY COVERAGE**

Under **SECTION I -- COVERAGES, COVERAGE A, Item 2. Exclusions, item a. Expected or Intended Injury** is deleted and replaced by the following:

a. Expected Or Intended Injury
"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to:

(1) "bodily injury" resulting from the use of reasonable force to protect persons or property; or

(2) "bodily injury" or "property damage' resulting from acts of assault and battery actually or allegedly committed by an employee of the named insured for which the named insured is legally responsible. However, this item (2) shall apply only with respects to the named insured's liability. We may, at our sole discretion, agree to waive this exclusion as respects to any insured or other person in order to supply certain payments under SUPPLEMENTARY PAYMENTS -- COVERAGES A AND B.

Page 51 of Exhibit A.

23. It is clear that Ms. Shitaleni's claim against RATTLESNAKE for sexual battery committed by one of RATTLESNAKE's employees is covered by the Policy under the Assault and Battery Coverage endorsement.

24. Mr. Douglas was working within the course and scope of his employment with RATTLESNAKE as a security guard in providing Ms. Shitaleni with a security escort to her unit in order to gain access to her unit and assault and batter her.

25. On March 14, 2023, the Complaint in the underlying lawsuit was served on RATTLESNAKE. The next day, RATTLESNAKE's operations manager, Sebastiano Lisitano, contacted RATTLESNAKE's insurance agent who reported to WILSHIRE that this lawsuit had been filed.

26. Upon receiving notice of the lawsuit being served on its insured, WILSHIRE took no action on behalf of RATTLESNAKE. As a result, a Clerk's Default was entered.

27. As a result of WILSHIRE's failure to act on behalf of its insured, RATTLESNAKE was forced to retain private counsel to defend it against the underlying lawsuit.

28. On December 8, 2023, RATTLESNAKE's counsel sent a letter to WILSHIRE demanding it confirm coverage for the August 6, 2019, incident and assume the defense of the underlying lawsuit on behalf of RATTLESNAKE. *See* Exhibit "C".

29. WILSHIRE has not responded to the December 8, 2023, letter.

## PRAYER FOR DECLARATORY JUDGMENT

30. Under the Policy, WILSHIRE had and continues to have a duty to defend RATTLESNAKE and indemnify it, up to the applicable coverage limits, against Ms. Shitaleni's claim.

31. To date, WILSHIRE has failed to act upon its duty to defend RATTLESNAKE against the underlying lawsuit as outlined in the Policy and has thus breached that duty.

32. All conditions precedent to Plaintiff's right to bring this action have occurred or been excused.

WHEREFORE, Plaintiff, RATTLESNAKE SECURITY, LLC respectfully requests that this Court:

   a. Declare that WILSHIRE INSURANCE COMPANY has a continuing duty to defend RATTLESNAKE SECURITY, LLC against the claim brought by Toini Shitaleni related to the incident that occurred on August 6, 2019.

   b. Declare that WILSHIRE INSURANCE COMPANY has a duty to indemnify RATTLESNAKE SECURITY, LLC, up to the applicable coverage limits with regard to Ms. Shitaleni's claim related to the incident that occurred on August 6, 2019.

This 2nd day of July, 2024.

**DELLECKER WILSON KING
McKENNA RUFFIER & SOS
A Limited Liability Partnership**

BY: s/ *Kenneth J. McKenna*
Kenneth J. McKenna, Esq.
Florida Bar No. 0021024
LEAD TRIAL COUNSEL
Ryan K. Young, Esq.
Florida Bar No. 112782
719 Vassar Street
Orlando, Florida 32804
(407)244-3000
KJMeservice@dwklaw.com
RKYeservice@dwklaw.com
Attorneys for Plaintiff